# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KINYA BOYD

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.  2022 CW 0363

**JULY 18, 2022**

In Re:   City of Baton Rouge/Parish of East Baton Rouge,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 656948.

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **GH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT